FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN 22 PM 3:09
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NOS. CR417-201 |
| ) | CV419-254 |
| JOHN YOUNG, JR., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant's Motion for Certificate of Appealability ("COA"). (Doc. 42.) Defendant seeks to appeal this Court's order denying his 28 U.S.C. § 2255 petition. (Id. at 1.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court first issues a COA. This certificate may issue only if Defendant has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). Defendant appears to contend that Rehaif v. United States, 139 S. Ct. 2191, 204 L. Ed. 2d 594 (2019), is a "new fact" and that this Court, therefore, erred in denying his § 2255 petition.

The Court has carefully considered Defendant's case and finds that he cannot meet the above standard. The United States Court for Appeals for the Eleventh Circuit has found that Rehaif did not announce a new rule of constitutional law and that, even if it had, the decision has not been made retroactive to cases

on collateral review by the United States Supreme Court. In re Palacios, 931 F.3d 1314, 1315 (11th Cir. 2019); In re Wright, 942 F.3d 1063, 1065 (11th Cir. 2019). Accordingly, Defendant's Motion for Certificate of Appealability (Doc. 42) is **DENIED**. As a result, any request by Defendant for leave to appeal in forma pauperis would be moot.

SO ORDERED this 22ND day of January 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA